IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANITA M. FEWELL,

                        Plaintiff,

v.

UNITED STATES OF AMERICA
CONGRESS & SENATOR and
THE MEADOWS - SPRING GREEN, WI,

                        Defendants.

ORDER

11-cv-825-wmc
_____

      Plaintiff Anita Fewell, who is proceeding pro se, has submitted a proposed complaint under 42 U.S.C. § 1983 alleging violations of her constitutional rights. Plaintiff has requested leave to proceed *in forma pauperis*. From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether she qualifies for indigent status. In her affidavit, plaintiff states that she has no income and no assets, but she does not include information as to how he is able to pay for her basic necessities, such as food, clothing and shelter. Without such information, I am unable to conclude that plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement her request for leave to proceed *in forma pauperis* by completing the enclosed affidavit of indigency. In completing the affidavit, she should take care to show how she pays for her basic expenses.

ORDER

      IT IS ORDERED that a decision whether plaintiff Anita Fewell may proceed *in forma pauperis* in this action is STAYED. Plaintiff may have until January 5, 2012, in which to amend her affidavit of indigency, and return it to the court. Plaintiff should take particular care to show

where she receives the means to pay for her basic necessities, such as food, clothing and shelter. If plaintiff fails to provide this requested financial information by January 5, 2012, then the court will deny her request for leave to proceed *in forma pauperis* for failure to show that she is indigent.

Entered this 13th day of December, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge